**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SMARTSHEET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, *et al*. <br><br> Defendants. | No. 2:22-cv-00314-SKV <br><br> **NOTICE OF DISMISSAL OF OLD REPUBLIC INSURANCE COMPANY WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Plaintiff Smartsheet, Inc. hereby files this notice of dismissal of Defendant Old Republic Insurance Company, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  April 28, 2022

MILLER NASH

By: *s/K. Michael Fandel*
K. Michael Fandel, WSBA No. 16281
Pier 70 – 2801 Alaskan Way, Suite 300
Seattle, WA  98121
Tel:  (206) 624-8300
Fax: (206) 340-9599
Email: Michael.Fandel@millernash.com

*Attorney for Plaintiff Smartsheet, Inc.*

MILLER FRIEL PLLC

By:  *s/ Bernard P. Bell*
Bernard P. Bell (admitted *Pro Hac Vice*)
By:  *s/Benjamin W. Massarsky*
Benjamin W. Massarsky (admitted *Pro Hac Vice*)
2445 M Street NW, Suite 910
Washington, DC  20037
Tel : (202) 760-3160
Email :  bellb@millerfriel.com
            massarskyb@millerfriel.com

*Attorneys for Plaintiff Smartsheet, Inc.*

344696.2                                  1

585360-0001/4871-4724-8414.1

**DECLARATION OF SERVICE**

I, Jennifer L. Schnarr, hereby declare under penalty of perjury under the laws of the state of Washington and of the United States that I caused the foregoing to be filed using the CM/ECF system, which will send notice of the same to all registered users.

EXECUTED in Burien, Washington on this 28th day of April, 2022.

*Jennifer L. Schnarr*
Jennifer L. Schnarr, Legal Assistant