# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SMARTSHEET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, *et al.* <br><br> Defendants. | No. 2:22-cv-00314-SKV <br><br> **STIPULATION OF DISMISSAL AGAINST BERKLEY INSURANCE COMPANY WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smartsheet, Inc. stipulates to the dismissal of this action against Defendant Berkley Insurance Company without prejudice.

DATED: 4/28/2022           MILLER FRIEL, PLLC

                                  By:   */s/ Bernard P. Bell*

                                         Bernard P. Bell (admitted *Pro Hac Vice*)
                                         bellb@millerfriel.com
                                         Benjamin W. Massarsky (admitted *Pro Hac Vice*)
                                         massarskyb@millerfriel.com
                                         2445 M Street, NW, Suite 910
                                         Washington, DC 20037
                                         Tel.: (202) 760-3160

                                         MILLER NASH GRAHAM & DUNN LLP

                                         K. Michael Fandel
                                         michael.fandel@millernash.com

2801 Alaskan Way
Suite 300
Seattle, WA 98121
Tel.: (206) 777-7472

*Attorneys for Plaintiff Smartsheet, Inc.*