The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| SMARTSHEET, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, *et al.*,<br><br>　　　　　　Defendants. | Cause No. 2:22-cv-00314−MJP<br><br>STIPULATED MOTION AND ORDER TO MODIFY BRIEFING SCHEDULE ON FEDERAL INSURANCE COMPANY'S AND FREEDOM SPECIALTY INSURANCE COMPANY'S MOTIONS TO DISMISS<br><br>NOTE ON MOTION CALENDAR: MAY 19, 2022 |

**STIPULATION**

Defendant Federal Insurance Company ("Federal"), Defendant Freedom Specialty Insurance Company ("Freedom") and Plaintiff Smartsheet, Inc. ("Smartsheet") (collectively, the "Parties") respectfully request that the Court modify the briefing schedule on Federal's and Freedom's pending Motions to Dismiss. Federal and Freedom have each separately filed motions to dismiss. (Dkt. 44, 52) The current noting dates and briefing schedules under Local Rule 7(d)(3) are as follows:

///

STIPULATED MOTION AND ORDER TO MODIFY BRIEFING
SCHEDULE ON MOTIONS TO DISMISS – 1
USDC WD WA/SEA CAUSE NO. 2:22-cv-00314-MJP

4855-4001-3087, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

Federal's Motion:

- Smartsheet's Response Brief due:   Monday, May 23, 2022
- Federal's Reply Brief due:   Friday, May 27, 2022
- Noting date:   Friday, May 27, 2022

Freedom's Motion:

- Smartsheet's Response Brief due:   Monday, May 30, 2022
- Freedom's Reply Brief due:   Friday, June 3, 2022
- Noting date:   Friday, June 3, 2022

The Parties respectfully request that the Court modify those briefing dates to the following dates stipulated to by the Parties:

Federal's Motion:

- Smartsheet's Response Brief due:   Friday, June 10, 2022
- Federal's Reply Brief due:   Friday, June 24, 2022
- Noting date:   Friday, June 24, 2022

Freedom's Motion:

- Smartsheet's Response Brief due:   Friday, June 10, 2022
- Freedom's Reply Brief due:   Tuesday, June 28, 2022
- Noting date:   Friday, July 1, 2022

A proposed order is subjoined below.

DATED this 19th day of May, 2022.

SOHA & LANG, P.S.

STIPULATED MOTION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS – 2
USDC WD WA/SEA CAUSE NO. 2:22-cv-00314-MJP

4855-4001-3087, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

|   |   |
|---|---|
| 1 | By: */s/ Geoffrey Bedell* |
|   | Geoffrey Bedell, WSBA # 28837 |
| 2 | **Soha & Lang, P.S.** |
|   | 1325 Fourth Avenue, Suite 2000 |
| 3 | Seattle, WA 98101-2570 |
|   | Tel: (206) 624-1800 |
| 4 | Fax: (206) 624-3585 |
|   | Email: bedell@sohalang.com |
| 5 | *Attorneys for Defendant Federal Insurance Company* |

WILEY REIN, LLP

By: *Matthew W. Beato*
   Matthew W. Beato (*pro hac vice*)
   Daniel J. Standish (*pro hac vice*)
   **Wiley Rein, LLP**
   2050 M Street NW,
   Washington, DC 20036
   Tel: (202) 719-7130
   Tel: (202) 719-7518
   Email: dstandish@wiley.law
   mbeato@wiley.law
   *Attorneys for Defendant Federal Insurance Company*

BETTS, PATTERSON & MINES, P.S.

By: */s/ Joseph D. Hampton* (as authorized by email)
   Joseph D. Hampton, WSBA #15297
   Danielle N. McKenzie, WSBA #49715
   Betts, Patterson & Mines, P.S.
   One Convention Place, Suite 1400
   701 Pike Street
   Seattle, WA 98101-3927
   Tel: (206) 292-9988
   Fax: (206) 343-7053
   Email: jhampton@bpmlaw.com
   dmckenzie@bpmlaw.com
   *Attorneys for Defendant Freedom Specialty Insurance Company*

STIPULATED MOTION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS – 3
USDC WD WA/SEA CAUSE NO. 2:22-cv-00314-MJP

4855-4001-3087, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

SKARZYNSKI MARICK & BLACK LLP

By: */s/ Edward Carleton* (as authorized by email)
   Edward C. Carleton, *pro hac vice*
   Juan Luis Garcia, *pro hac vice*
   Skarzynski Marick & Black LLP
   One Battery Park Plaza
   32nd Floor
   New York, NY 10004-1465
   Tel: (212 820-7700
   Email: ecarleton@skarzynski.com
   jgarcia@skarzynski.com
   *Attorneys for Defendant Freedom Specialty Insurance Company*

MILLER NASH LLP

By: */s/ K. Michael Fandel* (as authorized by email)
   K. Michael Fandel, WSBA No. 16281
   MILLER NASH LLP
   Pier 70 - 2801 Alaskan Way, Suite 300
   Seattle, WA 98121
   Tel: (206) 624.8300
   Fax: (206) 340.9599
   Email: Michael.Fandel@millernash.com
   *Attorneys for Plaintiff*

MILLER FRIEL, PLLC

By:*/s/ Bernard Bell* (as authorized by email)
   Bernard P. Bell (*pro hac vice*)
   Benjamin W. Massarsky (*pro hac vice*)
   MILLER FRIEL, PLLC
   2445 M Street, NW, Suite 910
   Washington, DC 20037
   Tel: (202) 760.3160
   Email: bellb@millerfriel.com
   massarskyb@millerfriel.com
   *Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS – 4
USDC WD WA/SEA CAUSE NO. 2:22-cv-00314-MJP

4855-4001-3087, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED as follows:

The briefing schedule on Federal's Partial Motion to Dismiss (Dkt. 44) is modified as follows:

- Smartsheet's Response Brief due:   Friday, June 10, 2022
- Federal's Reply Brief due:   Friday, June 24, 2022
- Noting date:   Friday, June 24, 2022

The briefing schedule on Freedom's Motion to Dismiss (Dkt. 52) is modified as follows:

- Smartsheet's Response Brief due:   Friday, June 10, 2022
- Freedom's Reply Brief due:   Tuesday, June 28, 2022
- Noting date:   Friday, July 1, 2022

IT'S SO ORDERED this 20th day of May, 2022.

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS – 5
USDC WD WA/SEA CAUSE NO. 2:22-cv-00314-MJP

4855-4001-3087, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585