# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SMARTSHEET, INC., | No. 2:22-cv-00314-MJP |
| Plaintiff, | **NOTICE OF DISMISSAL OF HUDSON INSURANCE COMPANY WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| vs. | |
| FEDERAL INSURANCE COMPANY, *et al*. | |
| Defendants. | |

Plaintiff Smartsheet, Inc. hereby files this notice of dismissal of Defendant Hudson Insurance Company, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  June 28, 2022

MILLER FRIEL, PLLC

By: /s/ *Bernard P. Bell*
Bernard P. Bell (admitted *Pro Hac Vice*)
Benjamin W. Massarsky (admitted *Pro Hac Vice*)
2445 M Street NW, Suite 910
Washington, DC  20037
Tel: (202) 760-3160
Email:  bellb@millerfriel.com
            massarskyb@millerfriel.com

1

MILLER NASH GRAHAM & DUNN LLP

K. Michael Fandel, WSBA No. 16281
Pier 70 – 2801 Alaskan Way, Suite 300
Seattle, WA  98121
Tel:  (206) 624-8300
Fax: (206) 340-9599
Email: Michael.Fandel@millernash.com

*Attorneys for Plaintiff Smartsheet, Inc.*

**DECLARATION OF SERVICE**

I, Benjamin W. Massarsky, hereby declare under penalty of perjury under the laws of the State of Washington and of the United States that I caused the foregoing to be filed using the CM/ECF system, which will send notice of the same to all registered users.

EXECUTED on this 28th day of June, 2022.

                                               /s/ *Benjamin W. Massarsky*