The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTSHEET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY; FREEDOM SPECIALTY INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; HUDSON INSURANCE COMPANY; ALLIED WORLD NATIONAL ASSURANCE COMPANY; AND BERKLEY INSURANCE COMPANY, <br><br> Defendants. | NO. 2:22-cv-00314-MJP <br><br> STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR FREEDOM SPECIALTY INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY TO RESPOND TO COMPLAINT <br><br> **Note on Motion Calendar:** <br> **August 19, 2022** <br><br> NO ORAL ARGUMENT REQUESTED |

## JOINT STIPULATION

Defendants Freedom Specialty Insurance Company ("Freedom") and Federal Insurance Company ("Federal") respectfully request that the Court extend the time for Freedom and Federal to file answers to Plaintiff's Amended Complaint through and including September 6, 2022. Counsel have conferred, and Plaintiff consents to this motion for an extension of time as indicated by the signature below of its counsel of record.

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR FREEDOM SPECIALTY TO RESPOND TO COMPLAINT – NO. 2:22-cv-00314-MJP

- 1 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1935469.docx/081922 1639/8786-0001

1    Freedom, Federal, and Plaintiff hereby stipulate that Freedom and Federal shall each have
2    additional time through and including September 6, 2022, to file an answer to Plaintiff's Amended
3    Complaint.  A proposed Order is subjoined below.
4    DATED this 19th day of August 2022.

| BETTS, PATTERSON & MINES, P.S. | MILLER FRIEL, PLLC |
|---|---|
| By  /s Joseph D. Hampton | By  /s Bernard P. Bell, *pro hac vice* |
| By  /s Danielle N. McKenzie | By  /s Benjamin W. Massarsky, *pro hac vice* |
|     Joseph D. Hampton, WSBA #15297 |     Bernard P. Bell, *pro hac vice* |
|     Danielle N. McKenzie, WSBA #49715 |     Benjamin W. Massarsky, *pro hac vice* |
| Betts, Patterson & Mines, P.S. | Miller Friel PLLC |
| One Convention Place, Suite 1400 | 2445 M Street, NW, Suite 910 |
| 701 Pike Street | Washington, DC  20037 |
| Seattle WA  98101-3927 | Phone:     202-760-3160 |
| Phone:        (206) 292-9988 | E-mail:    bellb@millerfriel.com |
| Facsimile:   (206) 343-7053 | E-mail:    massarskyb@millerfriel.com |
| E-mail:       jhampton@bpmlaw.com | |
| E-mail:       MCKD@bpmlaw.com | Attorneys for Plaintiff Smartsheet |
| Attorneys for Defendant Freedom Specialty Insurance Company | |
| MILLER NASH LLP | SOHA & LANG, P.S. |
| By  /s K. Michael Fandel | By  /s Geoffrey Bedell |
|     K. Michael Fandel, WSBA No. 16281 |     Geoffrey Bedell, WSBA No. 28837 |
| Miller Nash LLP (SEA) | Soha & Lang, P.S. |
| Pier 70 | 1325 Fourth Avenue, Suite 2000 |
| 2801 Alaskan Way, Suite 300 | Seattle, WA  98104 |
| Seattle, WA  98121-1128 | Phone:     206-624-1800 |
| Phone:        (206) 777-7472 | Facsimile:   206-624-3585 |
| Fax:           (206) 340-9599 | E-mail:    bedell@sohalang.com |
| E-mail:       michael.fandel@millernash.com | |
| Attorneys for Plaintiff Smartsheet | Attorneys for Federal Insurance Company |

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR FREEDOM SPECIALTY TO RESPOND TO COMPLAINT – NO. 2:22-cv-00314-MJP

- 2 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1935469.docx/081922 1639/8786-0001

WILEY REIN LLP

By  /s Daniel J. Standish, *pro hac vice*
By  /s Matthew Beato, *pro hac vice*
　　　Daniel J. Standish, *pro hac vice*
　　　Matthew Beato, *pro hac vice*
Wiley Rein LLP
2050 M Street NW
Washington, DC  20036
Phone:　　202-719-7130
E-mail:　　dstandish@wiley.law
E-mail:　　mbeato@wiley.law

Attorneys for Federal Insurance Company

---

**ORDER**

　　Pursuant to Stipulation, IT IS SO ORDERED that Defendants Freedom Specialty Insurance Company and Federal Insurance Company shall have up to and including September 6, 2022, to file an answer Plaintiff's Amended Complaint.

　　DATED this 23rd day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　The Hon. Marsha J. Pechman
　　　　　　　　　　　　　　　　United States Senior District Judge

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR FREEDOM SPECIALTY TO RESPOND TO COMPLAINT – NO. 2:22-cv-00314-MJP

- 3 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1935469.docx/081922 1639/8786-0001