UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| SMARTSHEET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Cause No. 2:22-cv-00314-MJP <br><br> STIPULATED REQUEST FOR VOLUNTARY DISMISSAL OF FEDERAL INSURANCE COMPANY WITH PREJUDICE AND ORDER |

Plaintiff Smartsheet, Inc. ("Smartsheet") and Defendant Federal Insurance Company ("Federal") have settled the claims that were or could have been asserted between them in this litigation. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), Smartsheet and Federal respectfully request that this Court dismiss Federal from this litigation with prejudice with Smartsheet and Federal each to bear their own respective attorneys' fees and costs.

//
//

STIPULATED REQUEST FOR VOLUNTARY DISMISSAL OF
FEDERAL INSURANCE COMPANY WITH PREJUDICE AND DER – 1
USDC WD WA/SEA CAUSE NO. 2:22-cv-00314-SKV

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

| | | |
|---|---|---|
| DATED: | October 3rd, 2022. | /s/ K. Michael Fandel |

MILLER NASH GRAHAM & DUNN LLP
K. Michael Fandel, WSBA #16281
2801 Alaskan Way
Suite 300
Seattle, WA 98121
Telephone: (206) 777-7472
Email: michael.fandel@millernash.com

Bernard P. Bell (*pro hac vice*)
Benjamin W. Massarsky (*pro hac vice*)
MILLER FRIEL, PLLC
2445 M Street NW, Suite 910
Washington, DC 20037
Telephone: 202-760-3160
Email: bellb@millerfriel.com
Email: masserskyb@millerfriel.com

*Attorneys for Plaintiff Smartsheet Inc.*

/s/Geoffrey Bedell
Geoffrey Bedell (WSBA No. 28837)
SOHA & LANG P.S.
1325 4th Avenue
Seattle, WA 98101
Telephone: 206-624-1800
Email: bedell@sohalang.com

Daniel J. Standish (admitted *pro hac vice*)
Matthew W. Beato (admitted *pro hac vice*)
WILEY REIN LLP
2050 M St NW
Washington, DC 20036
Telephone: 202-719-7000
Email: dstandish@wiley.law
Email: mbeato@wiley.law

*Counsel for Defendant Federal Insurance Company*

STIPULATED REQUEST FOR VOLUNTARY DISMISSAL OF
FEDERAL INSURANCE COMPANY WITH PREJUDICE AND DER – 2
USDC WD WA/SEA CAUSE NO. 2:22-cv-00314-SKV

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1  SO ORDERED THIS 4th DAY OF OCTOBER, 2022:

*[signature]*

Hon. Marsha J. Pechman
United States Senior District Judge

STIPULATED REQUEST FOR VOLUNTARY DISMISSAL OF
FEDERAL INSURANCE COMPANY WITH PREJUDICE AND DER – 3
USDC WD WA/SEA CAUSE NO. 2:22-cv-00314-SKV

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585