**The Honorable S. Kate Vaughan**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SMARTSHEET, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY; FREEDOM SPECIALTY INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; HUDSON INSURANCE COMPANY; ALLIED WORLD NATIONAL ASSURANCE COMPANY; AND BERKLEY INSURANCE COMPANY <br><br> Defendants. | Case No. 2:22-cv-00314-SKV <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) AS BETWEEN PLAINTIFF SMARTSHEET INC. AND DEFENDANT ALLIED WORLD NATIONAL ASSURANCE COMPANY** |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No.: 2:22-cv-00314-SKV - 1

SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1559 102055 4867-5845-3817 .v1

Defendant, Allied World National Assurance Company ("Allied World"), by and through its undersigned attorneys of record in the above-referenced proceeding, Kennedys CMK LLP and Selman Breitman LLP, hereby submits the following Stipulation of Dismissal Without Prejudice, signed by all parties[1], pursuant to the terms and conditions stated below in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. All causes of action asserted in this matter by Plaintiff Smartsheet, Inc. ("Smartsheet") against Allied World are hereby DISMISSED WITHOUT PREJUDICE.

2. Smartsheet and Allied World each shall bear their own costs and attorneys' fees with respect to this matter.

**SO AGREED:**

DATED this 14th day of October, 2022.

By: */s/ Michael Fandel* (signed by Daniel C. Heath with permission)
Michael Fandel, WSBA# 16281
MILLER NASH LLP
Pier 70 – 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Michael.fandel@millernash.com

Bernard P. Bell, (*pro hac vice* pending)
Benjamin W. Massarsky (*pro hac vice* pending)
MILLER FRIEL PLLC
Pier 70 – 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Michael.fandel@millernash.com

*Attorneys for Plaintiff Smartsheet Inc.*

By: */s/ Daniel C. Heath*
Peter J. Mintzer, WSBA# 19995
Daniel C. Heath, WSBA# 49051
SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101
pmintzer@selmanlaw.com
dheath@selmanlaw.com

Sean P. Mahoney (adm. *pro hac vice*)
Michael E. DiFebbo (adm. *pro hac vice*)
KENNEDYS CMK LLP
1600 market Street, Suite 1410
Philadelphia, PN 19103
Sean.Mahoney@kennedyslaw.com
Michael.DiFebbo@kennedyslaw.com

*Attorneys for Defendant Allied World National Assurance Company*

---

[1] Defendant Federal Insurance Company was previously dismissed from this action by Stipulation and Order entered on October 3, 2022 [ECF No. 75].

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No.: 2:22-cv-00314-SKV - 2

SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1559 102055 4867-5845-3817 .v1

By:  */s/ Gregory S. Worden* (signed by Daniel C. Heath with permission)
Gregory S. Worden, WSBA# 24262
LEWIS BRISBOIS BISGAARD & SMITH
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Gregory.Wordon@lewisbrisbois.com

Michael P. Duffy (*pro hac vice* pending)
Scarlett M. Rajbanshi (*pro hac vice* pending)
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA 02210
mduffy@peabodyarnold.com
srajbanshi@peabodyarnold.com

*Attorneys for Defendant Argonaut Insurance Company*

By:  */s/ Joseph D. Hampton* (signed by Daniel C. Heath with permission)
Joseph D. Hampton, WSBA# 15297
Danielle N. McKenzie, WSBA# 49715
BETTS {ATTERSPM & MINES PS
701 Pike Street, Suite
Seattle, WA 98101
jhampton@bpmlaw.com
dmckenzie@bpmlaw.com

Edward C. Carleton (*pro hac vice* pending)
Juan Luis Garcia (*pro hac vice* pending)
SKARZYNSKI MARICK & BLACK LLP
One Batter Park Plaza, 32nd Floor
New York, NY 10004
ecarleton@skarzynski.com
jgarcia@skarzynski.com

*Attorneys for Defendant Freedom Specialty Insurance Company*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No.: 2:22-cv-00314-SKV - 3

SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1559 102055 4867-5845-3817 .v1

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I electronically filed the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) AS BETWEEN PLAINTIFF SMARTSHEET INC. AND DEFENDANT ALLIED WORLD NATIONAL ASSURANCE COMPANY with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

DATED this 14th day of October, 2022.

*/s/ Emily Rose*
Emily Rose
erose@selmanlaw.com

---

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No.: 2:22-cv-00314-SKV - 4

SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1559 102055 4867-5845-3817 .v1