UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTSHEET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, *et al.* <br><br> Defendants. | No. 2:22-cv-00314-SKV <br><br> **NOTICE OF DISMISSAL OF NORTH AMERICAN SPECIALTY INSURANCE COMPANY WITHOUT PREJUDICE PURSUANT TO 41(a)(1)(A)(i)** |

Plaintiff, Smartsheet, Inc. ("Smartsheet") hereby files this notice of dismissal of Defendant, North American Specialty Insurance Company ("North American"), without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

DATED: February 7, 2023

| MILLER NASH | MILLER FRIEL PLLC |
|---|---|
| By: *s/K. Michael Fandel* <br> K. Michael Fandel, WSBA No. 16281 <br> Pier 70 – 2801 Alaskan Way, Suite 300 <br> Seattle, WA 98121 <br> Tel: (206) 624-8300 <br> Fax: (206) 340-9599 <br> Email: Michael.Fandel@millernash.com <br><br> *Attorney for Plaintiff Smartsheet, Inc.* | By: *s/Bernard P. Bell* <br> Bernard P. Bell (admitted *Pro Hac Vice*) <br> Benjamin W. Massarsky (admitted *Pro Hac Vice*) <br> 2445 M Street NW, Suite 910 <br> Washington, DC 20037 <br> Tel : (202) 760-3160 <br> Email: bellb@millerfriel.com <br>             massarskyb@millerfriel.com <br><br> *Attorneys for Plaintiff Smartsheet, Inc.* |

---

[1] Pursuant to an April 22, 2022 signed stipulation, Smartsheet agreed to dismiss North American, without prejudice, from the above-entitled action. On April 25, 2022, Smartsheet filed a Stipulated (proposed) Order of Dismissal Without Prejudice in this action. *See* ECF. No. 30. Heretofore, the proposed order has not been signed by the Court. Nevertheless, North American has neither answered, nor moved for summary judgment in this action.

1