UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SMARTSHEET, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, FREEDOM SPECIALTY INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; HUDSON INSURANCE COMPANY; ALLIED WORLD NATIONAL ASSURANCE COMPANY; AND BERKLEY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:22-CV-00314<br><br>STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(A) AS TO ARGONAUT INSURANCE COMPANY |

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate that all claims herein by the plaintiff against the defendant Argonaut Insurance Company are dismissed without prejudice, each party to bear its own costs and attorneys fees.

STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(A) AS TO ARGONAUT INSURANCE COMPANY - 1

USDC WESTERN WASHINGTON CAUSE NO. 2:22-CV-00314
90564878.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

**MILLER NASH LLP**

By: /s/ K. Michael Fandel
K. Michael Fandel (WSBA #16281)
Pier 70 - 2801 Alaskan Way, Suite 300
Seattle, Washington 98121
Michael.Fandel@millernash.com

**MILLER FRIEL, PLLC**

/s/ Benjamin W. Massarsky
Bernard P. Bell (*pro hac vice*)
Benjamin W. Massarsky (*pro hac vice*)
2445 M. Street, North West, Suite 910
Washington, DC 20037
BellB@millerfriel.com
MassarskyB@millerfriel.com
*Attorneys for Plaintiff Smartsheet Inc*

**LEWIS BRISBOIS BISGAARD & SMITH**

By: /s/ Gregory S. Worden
Gregory S. Worden (WSBA #24262)
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Gregory.Worden@lewisbrisbois.com

**PEABODY & ARNOLD LLP**

/s/ Michael P. Duffy
Michael P. Duffy (*pro hac vice*)
Kevin M. Bergin (*pro hac vice*)
600 Atlantic Avenue
Boston, Massachusetts 02210
MDuffy@peabodyarnold.com
SRajbanshi@peabodyarnold.com
*Attorneys for Defendant*
*Argonaut Insurance Company*

STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(A) AS TO ARGONAUT INSURANCE COMPANY - 2

USDC WESTERN WASHINGTON CAUSE NO. 2:22-CV-00314
90564878.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

**BETTS, PATTERSON & MINES, P.S.**

By: */s/* Mark E. Mills
Mark E. Mills (WSBA #16383)
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
mmills@bpmlaw.com

**SKARZYNSKI MARICK & BLACK LLP**

*/s/* Edward C. Carleton
Edward C. Carleton (*pro hac vice*)
Juan Luis Garcia (*pro hac vice*)
One Batter Park Plaza, 32nd Floor
New York, New York 10004-1465
ECarleton@skarzynski.com
JGarcia@skarzynski.com
*Attorneys for Defendant*
*Freedom Specialty Insurance Company*

STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(A) AS TO ARGONAUT INSURANCE COMPANY - 3

USDC WESTERN WASHINGTON CAUSE NO. 2:22-CV-00314

90564878.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020