The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTSHEET, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; FREEDOM SPECIALTY INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; HUDSON INSURANCE COMPANY; ALLIED WORLD NATIONAL ASSURANCE COMPANY; AND BERKLEY INSURANCE COMPANY,<br><br>Defendants. | NO. 2:22-CV-00314-MJP<br><br>STIPULATED REQUEST FOR VOLUNTARY DISMISSAL OF FREEDOM SPECIALTY INSURANCE COMPANY WITH PREJUDICE AND ORDER OF DISMISSAL |

Plaintiff Smartsheet, Inc. ("Smartsheet") and Defendant Freedom Specialty Insurance Company ("Freedom") hereby stipulate they have settled the claims that were or could have been asserted between them in this litigation. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), Smartsheet and Freedom respectfully request that this Court dismiss Freedom from this litigation with prejudice, with Smartsheet and Freedom paying their own attorney's fees and costs. A proposed order is subjoined below.

STIPULATED REQUEST FOR
VOLUNTARY DISMISSAL OF
FREEDOM SPECIALTY INSURANCE      - 1 -
COMPANY AND ORDER TITLE - NO.
2:22-CV-00314-MJP

/8786-0001

Betts
Patterson
Mines
**One Convention Place**
Suite 1025
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

DATED this 4th day of April, 2023.

| | |
|---|---|
| MILLER NASH LLP | BETTS, PATTERSON & MINES, P.S. |
| By */s K. Michael Fandel*<br>K. Michael Fandel, WSBA No. 16281<br>Miller Nash LLP (SEA)<br>Pier 70<br>2801 Alaskan Way, Suite 300<br>Seattle, WA  98121-1128<br>Phone:   (206) 777-7472<br>E-mail:   michael.fandel@millernash.com<br><br>Attorneys for Plaintiff Smartsheet | By */s Mark E. Mills*<br>Mark E. Mills, WSBA No. 16383<br>Betts Patterson & Mines<br>One Convention Place, Suite 1025<br>701 Pike Street<br>Seattle WA  98101-3927<br>Phone:   (206) 292-9988<br>E-mail:   mmills@bpmlaw.com<br><br>Attorneys for Defendant Freedom |
| MILLER FRIEL, PLLC | SKARZYNSKI MARICK & BLACK LLP |
| By */s Bernard P. Bell, pro hac vice*<br>By */s Benjamin W. Massarsky, pro hac vice*<br>Bernard P. Bell, *pro hac vice*<br>Benjamin W. Massarsky, *pro hac vice*<br>Miller Friel PLLC<br>2445 M Street, NW, Suite 910<br>Washington, DC  20037<br>Phone:   202-760-3160<br>E-mail:   bellb@millerfriel.com<br>E-mail:   massarskyb@millerfriel.com<br><br>Attorneys for Plaintiff Smartsheet | By */s Edward C. Carleton, pro hac vice*<br>By */s Juan Garcia, pro hac vice*<br>Edward C. Carleton, *pro hac vice*<br>Juan Luis Garcia, *pro hac vice*<br>Skarzynski Marick & Black LLP<br>One Battery Park Plaza<br>32nd Floor<br>New York, NY 10004-1465<br>Phone: (212) 820-7700<br>E-mail:   ecarleton@skarzynski.com<br>E-mail:   jgarcia@skarzynski.com<br><br>Attorneys for Defendant Freedom |

STIPULATED REQUEST FOR VOLUNTARY DISMISSAL OF FREEDOM SPECIALTY INSURANCE COMPANY AND ORDER TITLE - NO. 2:22-CV-00314-MJP

/8786-0001

- 2 -

**Betts Patterson Mines**
**One Convention Place**
Suite 1025
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# ORDER

NOW, THEREFORE, it is hereby ORDERED that Defendant Freedom is hereby dismissed from this litigation with prejudice and without costs or attorney's fees.

DATED this 6th day of April., 2023.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

STIPULATED REQUEST FOR VOLUNTARY DISMISSAL OF FREEDOM SPECIALTY INSURANCE COMPANY AND ORDER TITLE - NO. 2:22-CV-00314-MJP

- 3 -

/8786-0001

Betts
Patterson
Mines
**One Convention Place**
Suite 1025
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988